504 S.E.2d 317

**In the Matter of W. Smith STRICKLAND, Jr., Respondent.**

Supreme Court of South Carolina.

Aug. 12, 1998.

## ORDER

The Office of Disciplinary Counsel has filed a petition asking this Court to place respondent on interim suspension pursuant to Rule 17(b), RLDE, Rule 413, SCACR, and seeking to have respondent restrained from disbursing any trust or escrow account monies. Respondent has filed a return and does not oppose being placed on interim suspension but asserts that a restraining order is not necessary.

IT IS ORDERED that respondent's license to practice law in this State is suspended until further order of the Court.

IT IS FURTHER ORDERED that this Order, when served on any bank or other financial institution maintaining trust, escrow and/or operating account(s) of respondent, shall serve as an injunction to prevent respondent from making withdrawals from the account(s).

/s/ Ernest A. Finney, Jr., C.J.

/s/ Jean H. Toal, J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.